OPINION — AG — ** REDUCTION OF SALARIES — STATE EMPLOYEES — LOSS OF REVENUE ** THE PROVISIONS OF ARTICLE X, SECTION23 OF THE OKLAHOMA CONSTITUTION, NEITHER REQUIRE NOR PROHIBIT STATE AGENCIES, BOARDS, COMMISSIONS OR INSTITUTIONS FROM MAKING PERCENTAGE REDUCTION IN SALARIES OF THEIR EMPLOYEES WHEN AGENCY APPROPRIATIONS ARE REDUCED DURING A REVENUE SHORTFALL. (ALLOTTED FUNDS, PAYROLL CLAIMS, FURLOUGH, CLAIMS, BUDGET, STATE FINANCE, EMPLOYEES, FUNDS, REVENUES, STATE CENTRAL ACCOUNTING AND REPORTING DIVISION) CITE: 62 O.S. 41.1 [62-41.1] 62 O.S. 41.7 [62-41.7] [62-41.7], 62 O.S. 41.9 [62-41.9], 62 O.S. 41.10 [62-41.10] [62-41.10], 62 O.S. 41.17 [62-41.17], 62 O.S. 41.18 [62-41.18] [62-41.18], 62 O.S. 41.21 [62-41.21], ARTICLE X, SECTION 23 (NEAL LEADER)